UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYDIA WOODS, ET AL., *Plaintiffs* | * * * | CIVIL ACTION NO. 23-1108 |
| VERSUS | * * | SECTION: "D" (1) |
| RASHID ARALE, ET AL., *Defendants* | * * * * | JUDGE WENDY B. VITTER MAGISTRATE JUDGE JANIS VAN MEERVELD |

ORDER

The settlement conference scheduled for **Monday, December 4, 2023, at 2:00 p.m.,** before Magistrate Judge Janis van Meerveld, shall be conducted via VIDEO CONFERENCE.  **Personal appearance is not allowed**.  A Zoom for Government link will be circulated to counsel of record via email. Counsel are to share that link with any necessary participating parties. Everyone should join the link about ten minutes ahead of the start time and wait to be admitted by the judge.

New Orleans, Louisiana, this 28th day of November, 2023.

_____
Janis van Meerveld
United States Magistrate Judge