UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LYDIA WOODS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1108** |
| **RASHID ARALE, ET AL.** | **SECTION: D (1)** |

### ORDER

The Court, having been advised by the Magistrate Judge that some of the parties to this action have reached a settlement (R. Doc. 30);

**IT IS HEREBY ORDERED** that the claims of plaintiffs, Chris Mansion and Rose Darensbourg, against the Defendants are **DISMISSED** without costs and **without prejudice** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties. The Magistrate Judge further advised that all claims of plaintiff, Bianca Butler, on behalf of her minor child, D.B., were resolved prior to the settlement conference held on December 4, 2023. (R. Doc. 30). All of the claims asserted by plaintiff, Lydia Woods, remain pending.

New Orleans, Louisiana, December 7, 2023.

*Wendy B Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**